IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 MAY -4 PM 3:42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| JAMES STEPHEN BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-2791 Ml/An |
| ) | |
| KEITH T. SIEBERT, ) | |
| ) | |
| Defendant. ) | |

**ORDER REQUIRING PARTIES TO REQUEST AND FILE COPIES OF THE FEBRUARY 17, 2005, AND FEBRUARY 18, 2005, TRIAL TRANSCRIPTS**

In light of the parties' motions for a new trial in this case, respectively filed on February 28, 2005, and March 9, 2005, the parties are hereby ORDERED to request and file with the Court copies of the February 17, 2005, and February 18, 2005, trial transcripts in this case within 14 days of the entry of this order.[1]  The parties shall share the costs of the transcripts equally.

So ORDERED this 4 day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] Copies of the trial transcripts in this case may be ordered by contacting Court Reporter Brenda Parker at (901) 526-8769.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-6-05

97

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 2:02-CV-02791 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Addie M. Burks
LAW OFFICE OF ADDIE M. BURKS
100 N. Main Building
Ste 2310
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Jon McCalla
US DISTRICT COURT